UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDEMAR MOSQUERA GARCES (2),<br>PEDRO JOSE MENA FLORES (4),<br><br>Defendants | CASE NO.: 21CR2294-JLS<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to joint motion, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing / trial setting currently scheduled for March 4, 2022, be continued to April 15, 2022, at 1:30 p.m.

The Court further finds that time should continue to be deemed excludable under the Speedy Trial Act pursuant 18 U.S.C. Sections 3161(h)(1)(D), 3161(h)(1)(F), 3161(h)(7), and 3161(h)(8), as failure to continue would stop further proceedings or result in miscarriage of justice in the interim.

SO ORDERED.

Dated: February 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge